IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR No.: 1:98-523-JFA |
| ) | |
| v. ) | ORDER |
| ) | |
| FRANK LEON ROBINSON ) | |
| ) | |
| _____ ) | |

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

IT IS ORDERED that the defendant's motion (ECF No. 85) is DENIED. The defendant's guideline range was based upon his being found to be a Career Offender. Therefore, defendant's Guideline sentencing range, adopted by this court at sentencing, is unaffected by Amendment 750.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

January 17, 2012                                Joseph F. Anderson, Jr.
Columbia, South Carolina                   United States District Judge